UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEONARD WINN,<br>Petitioner,<br>v.<br>CYNTHIA ROJAS,<br>Respondent. | Case No. 2:26-cv-3602-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner, brings this section habeas action, but he has failed to either pay the filing fee or submit a completed application to proceed *in forma pauperis*.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, either a properly completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $5. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send petitioner the appropriate *in forma pauperis* form for a prisoner proceeding in a habeas action.

IT IS SO ORDERED.

Dated: November 12, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE